IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LESLEE KENNEDY, et al.,<br><br>Defendant. | CV-21-08-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled at a settlement conference conducted by Magistrate Judge Kathleen L. DeSoto on July 6, 2021. (Doc. 33.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before August 6, 2021, or show good cause for their failure to do so.

DATED this 6th day of July, 2021

_____
Brian Morris, Chief District Judge
United States District Court

-1-